**Motion Granted, Stay Lifted, Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 5, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00488-CV**

---

## IN RE EXXON MOBIL CORP., EXXON MOBIL OIL CORP., & EXXON MOBIL RESEARCH & ENGINEERING CO., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-13735**

---

## MEMORANDUM OPINION

On July 14, 2023, relators Exxon Mobil Corp., Exxon Mobil Oil Corp., & Exxon Mobil Research & Engineering Co. filed a petition for writ of mandamus in

this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Dawn Rogers, presiding judge of the 334th District Court of Harris County, to vacate the trial court's June 26, 2023 order granting plaintiffs' motion to compel production of "22 document categories withing 21 days of the date of the order (Monday, July 17, 2023)."

Relators also filed an emergency motion for temporary stay of proceedings below, which the Court granted on July 17, 2023.

On September 29, 2023, relators and real parties in interest filed a joint motion to dismiss the petition for writ of mandamus. The parties' joint motion to dismiss is granted.

We dismiss relators' petition for writ of mandamus as moot. Additionally, our July 17, 2023 stay is lifted.

PER CURIAM

Panel consists of Justices Jewell, Hassan, and Wilson.